Michael A. Simmrin (238092)
Simmrin Law Group
3500 W. Olive Avenue, Suite 300
Burbank, CA 91505
Tel.: (818) 827-7171
michael@simmrinlawgroup.com
Debi F. Chalik, Esq. (Pending Admittance Pro Hac Vice) (Florida Bar No. 179566)
CHALIK & CHALIK, P.A.
10063 N.W. 1st Court
Plantation, Florida 33324
Tel.: (954) 476-1000
Fax: (954) 472-1173
Debi@Chaliklaw.com
Litigation@Chaliklaw.com
**Attorneys for Plaintiffs**

JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN WILLIAMS, as PERSONAL REPRESENTATIVE OF THE ESTATE OF DONALD SATTLER,<br><br>Plaintiff,<br><br>v.<br><br>PRINCESS CRUISE LINES, LTD.<br><br>Defendant. | CASE NO.: 2:20-CV-06889-RGK-SK<br><br>~~PROPOSED~~ ORDER GRANTING JOINT STIPULATION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) TO DISMISS COMPLAINT<br><br>Judge: Hon. R. Gary Klausner<br>Magistrate: Hon. Steve Kim |

## PROPOSED ORDER

Based on the foregoing Joint Stipulation and good cause appearing therefore, this Court Orders as follows:

1. The Complaint shall be dismissed in accordance with Fed. R. Civ. P.

41(a)(1)(A)(ii) with prejudice and without costs to any party.

2. The Court shall retain jurisdiction to enforce the settlement.

**IT IS SO ORDERED.**

Dated: __October 20_____, 2021

_____
Honorable R. Gary Klausner
United State District Court Judge

Proposed Order Granting Joint Stipulation of Dismissal